*In re* ENMIENDA AL REGLAMENTO NOTARIAL PARA ENMENDAR LA REGLA 28.

*Número:* ER-97-1          *Resuelto:* 25 de marzo de 1997

## RESOLUCIÓN

Se enmienda el segundo párrafo de la Regla 28 del Reglamento Notarial, 4 L.P.R.A. Ap. XXIV, que aprobamos mediante Resolución de 14 de julio de 1995 —*Aprob. y Vigencia R. Not. P.R.*, 138 D.P.R. 977 (1995)— para que disponga en su totalidad lo siguiente:

El Notario, a su discreción, *podrá relacionar* en la escritura el documento que le ha sido mostrado y que acredita la capacidad representativa de un compareciente, *salvo que deberá relacionar tal referencia en la escritura cuando fuere solicitada por alguno de los comparecientes.*

Esta resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica el Señor Secretario del Tribunal Supremo.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*